————————

No. 96-2069

————————

Lee Morris,                           *
                                      *
          Appellant,                  *
                                      *  Appeal from the United States
     v.                               *  District Court for the
                                      *  Eastern District of Missouri.
United States of America,             *
                                      *        [UNPUBLISHED]
          Appellee.                   *


————————

               Submitted:  January 14, 1997

                  Filed:  January 29, 1997
                    ————————

Before HANSEN, MORRIS SHEPPARD ARNOLD, and MURPHY, Circuit Judges.
                    ————————

PER CURIAM.


     Lee Morris appeals the district court's[1] denial of his 28 U.S.C. §
2255 motion without an evidentiary hearing.  After de novo review, we are
convinced that Morris is not entitled to relief.  Accordingly, we affirm.
See 8th Cir. R. 47B.


     A true copy.


          Attest:


               CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Stephen N. Limbaugh, United States District
Judge for the Eastern District of Missouri.